10-12817

Certificate Number: 02114-NV-CC-009922759

# CERTIFICATE OF COUNSELING

I CERTIFY that on 02/12/10, at 05:16 o'clock PM EST, NATHAN BALL received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the DISTRICT OF NEVADA, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted  by Internet .

Date: 02-15-2010                By      /s/BOLISHA ENAIBE

                                Name    BOLISHA ENAIBE

                                Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

1